**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6568

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GERALD EUGENE MICHAEL,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, Chief District Judge.  (1:10-cr-00379-CCE-1)

Submitted:  December 5, 2024                          Decided:  December 10, 2024

Before GREGORY and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:**  James B. Craven, III, Durham, North Carolina, for Appellant.  Sandra J. Hairston, United States Attorney, Angela H. Miller, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Eugene Michael appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(1)(A) motion for a compassionate release.  We review a district court's order denying compassionate release under § 3582(c)(1)(A) for abuse of discretion.  *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021).  We have reviewed the record and conclude that the district court did not abuse its discretion in concluding that the 18 U.S.C. § 3553(a) factors did not counsel in favor of Michael's release.  Specifically, the court reasonably found Michael's advanced age and poor health did not deter him from committing his most recent offenses, and concluded that he was therefore not entitled to a sentence reduction.

Accordingly, we affirm the district court's order.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*